IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| CYNTHIA STOCKING,<br>    Plaintiff<br><br>v.<br><br>ENHANCED RECOVERY COMPANY, LLC,<br>    Defendant | §<br>§<br>§<br>§   CIVIL ACTION NO. 1:11-CV-822-SS<br>§<br>§<br>§ |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

COMES NOW plaintiff, by and through her undersigned counsel, and provides notice of voluntary dismissal pursuant to Rule 41, Federal Rules of Civil Procedure. In support thereof, plaintiff shows as follows.

1. Plaintiff recently filed this action. After notice of the lawsuit, plaintiff and defendant negotiated an amicable resolution. The parties have reached agreement to resolve all claims plaintiff has against defendant.

2. Defendant has not answered the complaint. No motion for summary judgment is pending.

3. Plaintiff intends to dismiss this action with prejudice pursuant to Rule 41(a)(1), Federal Rules of Civil Procedure.

ACCORDINGLY, plaintiff gives notice of voluntary dismissal of all claims with prejudice pursuant to Rule 41, Federal Rules of Civil Procedure.

Respectfully submitted,

CREWS LAW FIRM, P.C.
701 Brazos, Suite 900
Austin, Texas 78701
(512) 346-7077
(512) 342-0007 (Fax)


By:    /s/  Joe K. Crews
       Joe K. Crews
       State Bar No. 05072500

ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above document was delivered to defendant, by and through its agent, Ginny Walker, Enhanced Recovery Company, LLC, via gwalker@ercollections.com, on this the 10th day of November, 2011.


 /s/  Joe K. Crews
Joe K. Crews