IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

CYNTHIA STOCKING,
            Plaintiff,

-vs-                                        Case No. A-11-CA-822-SS

ENHANCED RECOVERY COMPANY, LLC,
            Defendant.

### ORDER OF DISMISSAL

BE IT REMEMBERED on this day there was presented to the Court the Notice of Voluntary Dismissal [#3] filed by the plaintiff in the above-styled and numbered cause, and after consideration of the same, the Court enters the following orders:

IT IS ORDERED that the Notice of Voluntary Dismissal [#3] is GRANTED in all respects and this lawsuit is hereby DISMISSED with prejudice.

SIGNED this the __14th__ day of November 2011.

                                            Sam Sparks
                                       UNITED STATES DISTRICT JUDGE